1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  ARSEN TIGRANYAN,                    )   CASE NO.: CV 22-438-GW-AGRx
                                        )
12          Plaintiff                   )   JUDGMENT
                                        )
13          vs.                         )
                                        )
14  BMW OF NORTH AMERICA, LLC, et al.,  )          JS - 6
                                        )
15          Defendants.                 )
                                        )
16  _____ )

17          Pursuant to the Acceptance of Offer of Judgment, filed on March 15, 2022, judgment is

18  entered for Plaintiff and against Defendant, pursuant to the conditions set for in the Offer of

19  Judgment.

20
21
22  DATE: March 15, 2022

                                              /s/ Javier Gonzalez
23                                            Clerk of the Court
24
25
26
27
28